May 6, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

## NO. 15-24-00057-CV

---

TARLETON STATE UNIVERSITY, Appellant

V.

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, Appellee

---

This cause, an appeal from the judgment in favor of appellee, Foundation for Individual Rights and Expression, signed September 28, 2023, was heard on the appellate record. We have inspected the record and find partial error in the judgment. We therefore order the judgment of the court below **AFFIRMED** in part and **REVERSED** and **RENDERED** in part in accordance with the court's opinion.

We further order that the parties shall pay their own costs incurred by reason of this appeal.

We further order this decision certified below for observance.

Judgment Rendered May 6, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Farris.